Certificate Number: 00134-ILN-CC-007109410

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 20, 2009, at 9:00 o'clock AM PDT,

Wanlu Xu received from

Cricket Debt Counseling,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: May 20, 2009

By /s/Jessica L. Brate

Name Jessica L. Brate

Title Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
Northern District of Illinois

In re WAN LU XU, Debtor

Case No. 09-12835
Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, WAN LU XU *(Printed Name of Debtor)*, the debtor in the above–styled case, hereby certify that on May 20, 2009 *(Date)*, I completed an instructional course in personal financial management provided by CRICKET DEBT COUNSELING *(Name of Provider)*, an approved personal financial management provider.

**Certificate No. (if any):** 00134-ILN-CC-007109410

☐ I, ______ *(Printed Name of Debtor)*, the debtor in the above–styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

- ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
- ☐ Active military duty in a military combat zone; or
- ☐ Residence in a district in which the United States Trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: [signature]

Date: 5/20/09

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)